# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00259-CV

**M. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-FM-12-006947, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After a non-jury trial that appellant M.S. did not attend, the trial court terminated appellant's parental rights to a child. Appellant's court-appointed attorney filed a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967) by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *see also Taylor v. Texas Dep't of Prot. & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Counsel certified to this Court that she provided appellant with a copy of the *Anders* brief and notice of her right to examine the appellate record and file a pro se brief. Appellant did not file a pro se brief.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit.  Finding nothing in the record that might arguably support an appeal, we grant counsel's motion to withdraw and affirm the order of termination.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Affirmed

Filed:   August 21, 2014